# Court of Appeals
# of the State of Georgia

ATLANTA, May 07, 2019

*The Court of Appeals hereby passes the following order:*

## A19E0049. ALIERA HEALTHCARE, INC. v. ANABAPTIST HEALTHSHARE et al.

Upon consideration of Appellant Aliera Healthcare, Inc.'s "Emergency Motion to Stay Injunction and Appointment of a Receiver Pending Appeal," the same is hereby DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 05/07/2019
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*